UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TRACEY LAMOUAR SALTER, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-cv-00456-JPH-MJD |
| ) | |
| WHOEVER THIS CONCERNS, ) | |
| ) | |
| Defendant. ) | |

**ENTRY DISMISSING ACTION AND
DIRECTING ENTRY OF FINAL JUDGMENT**

In the Entry of September 9, 2020, the Court dismissed the complaint pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted. Dkt. 4. The Court gave the plaintiff an opportunity to file an amended complaint that cured the deficiencies that were identified. *Id*.

The plaintiff was also directed to either pay the $400.00 filing fee or move for leave to proceed *in forma pauperis*. *Id*. The deadline for both tasks was October 2, 2020. *Id*. The plaintiff has not responded to these directions and the deadline to do so has passed.

The plaintiff was warned that if he failed to comply with these orders in the time provided, the Court would dismiss this action without further warning and enter final judgment for failure to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915A(b).

Accordingly, the action is dismissed for failure to state a claim upon which relief can be granted and for failure to pay the filing fee. 28 U.S.C. § 1915A(b). This dismissal counts as a "strike" pursuant to 28 U.S.C. § 1915(g). Judgment consistent with this Entry shall now issue.

**SO ORDERED.**

Date: 10/20/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

2

Distribution:

TRACEY LAMOUAR SALTER, II
208025
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838